IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDELL DEDMON, | |
| Plaintiff, | No. 2:12-cv-02451-KJM-KJN |
| vs. | |
| VANDEBERG, CHASE & ASSOCIATES, LLC, | |
| Defendant. | ORDER |

Defendant in this matter has not filed an answer or otherwise responded to plaintiff's complaint, which has been pending since September 28, 2012. Plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to request an entry of default. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: February 5, 2013.

_____
UNITED STATES DISTRICT JUDGE

1